*sub nom. Holder* v. *Free Speech Coalition,* 531 U. S. 1124.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 00–1293. ASHCROFT, ATTORNEY GENERAL *v.* AMERICAN CIVIL LIBERTIES UNION ET AL. C. A. 3d Cir. [Certiorari granted, 532 U. S. 1037.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 00–1713. TORRES GONZALEZ *v.* UNITED STATES, *ante,* p. 951;

No. 00–5778. EVANS *v.* GALAZA, WARDEN, ET AL., *ante,* p. 931;

No. 00–8388. SCALES *v.* UNITED STATES, *ante,* p. 952;

No. 00–8597. VELEZ, AKA ROSA, AKA RODRIGUEZ *v.* UNITED STATES, *ante,* p. 953;

No. 00–9047. ALEXANDER *v.* MOSLEY, WARDEN, *ante,* p. 953;

No. 00–9343. SINGLETON *v.* DAHLBERG, ACTING SECRETARY OF THE ARMY, 532 U. S. 1056;

No. 00–9403. KIRTLEY *v.* BAKER, *ante,* p. 918;

No. 00–9547. SCHEIB *v.* MELLON BANK ET AL., *ante,* p. 933;

No. 00–9631. WHITE *v.* UTAH ET AL., *ante,* p. 935;

No. 00–9712. HENDERSON *v.* LOCKYER, ATTORNEY GENERAL OF CALIFORNIA, ET AL., *ante,* p. 935;

No. 00–9956. CANDELARIO *v.* UNITED STATES, *ante,* p. 922; and

No. 00–10305. REEVES *v.* OHIO BUREAU OF EMPLOYMENT SERVICES ET AL., *ante,* p. 962. Petitions for rehearing denied.

## SEPTEMBER 12, 2001

No. 01A236. BAGLEY, WARDEN *v.* BYRD. Application to vacate stay of execution of sentence of death entered by the United States Court of Appeals for the Sixth Circuit, presented to JUSTICE STEVENS, and by him referred to the Court, denied.

CHIEF JUSTICE REHNQUIST, with whom JUSTICE SCALIA and JUSTICE THOMAS join, dissenting.

John W. Byrd, Jr., was scheduled to be executed by the State of Ohio today, September 12, at 10 a.m. (e.d.t.). Byrd was convicted and sentenced to death in 1983 for the murder of Monte